IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY E. TRAVELSTEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 12-cv-896-CJP |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**PROUD, Magistrate Judge:**

This matter is now before the Court on the Parties' Joint Stipulation to Remand. **(Doc. 23)**.

There are only two avenues for remanding a social security case. Remand can be ordered pursuant to sentence four or to sentence six of 42 U.S.C. § 405(g). A sentence four remand depends upon a finding of error, and is itself a final, appealable order. In contrast, a sentence six remand is for the purpose of receipt of new evidence, but does not determine whether the Commissioner's decision as rendered was correct. A sentence six remand is not an appealable order. See, *Melkonyan v. Sullivan*, **501 U.S. 89 (1991); Perlman** *v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, **195 F.3d 975, 978 (7th Cir. 1999).**

Here, the parties stipulate that this case should be remanded pursuant to sentence four. In accordance with *Schaefer v. Shalala*, **509 U.S. 292, 302-303 (1993),** judgment will be entered in favor of plaintiff.

Mr. Travelstead applied for benefits in June, 2009, and the ALJ issued his decision in May, 2011.  (Tr. 27-39).  Administrative remedies were not completed until July, 2012, when the Appeals Council denied review.  (Tr. 1).  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this matter to the extent practicable.

For good cause shown, the parties' Stipulation to Remand **(Doc. 23)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Anthony E. Travelstead's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  June 26, 2013.**

>   s/ Clifford J. Proud
>   **CLIFFORD J. PROUD**
>   **UNITED STATES MAGISTRATE JUDGE**