IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY E. TRAVELSTEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.   12-cv-896-CJP |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the Parties' Joint Motion for an Award of Fees Under the Equal Access to Justice Act.   **(Doc. 27)**.

Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B), the parties stipulate that plaintiff is entitled to an award of attorney's fees in the amount of $7,318.50 and costs in the amount of $17.85.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs pursuant to the Act.   The Court further finds that the agreed upon amounts are reasonable and appropriate.

The parties' Joint Motion **(Doc. 27)** is **GRANTED**.   The Court awards plaintiff Anthony E. Travelstead the sum of $7,318.50 for attorney's fees and $17.85 for costs pursuant to the Equal Access to Justice Act.   These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, **130 S.Ct. 2521 (2010).**   However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable

to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   July 29, 2013.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**